137888

# UNITED STATES DISTRICT COURT
District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

RECEIVED
01 JUN 19 AM 9:59
CLERK, U.S. DIST. COURT
ST. PAUL, MN

**Case Number:** CV. 01-1077 DDA/FLN

**Affidavit of Movant**

I, Alan L. Kildow, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Patrick J. Sullivan, an attorney admitted to practice in the Southern/Eastern District of New York, but not admitted to the bar of this court, who will be counsel for the( X)plaintiff ( )defendant ______ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] Date: 6/19/01

Minnesota Attorney License Number: 143133

Law Firm Name & Address: Larkin, Hoffman, Daly & Lindgren
7900 Xerxes Avenue South, Suite 1500
Bloomington, Minnesota 55431

Telephone: (952) 835-3800 Fax: (952) 896-3333

**Affidavit of Proposed Admittee**

I, Partick J. Sullivan, am currently a member in good standing of the U.S. District Court for the Southern/Eastern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Patrick J. Sullivan Signature: [signature] Date: 6/19/01

Attorney License Number: ______

Law Firm Name & Address: Lefkowitz, Louis & Sullivan
350 Jericho Turnpike, Suite 300
Jericho, New York 11753

Telephone: (516) 942-4700 Fax: (516) 942-4705

Case Number: 01-CV-1077 DDA/FLN Judge Assigned: Honorable Donald D. Aslop
Case Title: Time Warner Cable of New York v. Rizler, Inc. et al.

Motion Granted: [signature]
For the Court, Francis E. Dosal, Clerk

Date: JUN 19 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

FILED JUN 20 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

12/97