**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Company, L.P.,

Plaintiff,

vs. Case No: CV-01-1077 (DDA/FLN)

RIZLER, INC., d/b/a BLAST MARKETING,
SCOTT SMITH, CHRISTOPHER SMITH,
JOHN DOES 1-10, JANE DOES 1-10, and
UNIDENTIFIED BUSINESS ENTITIES, 1-10,

**ORIGINAL**

Defendants

**ORDER ON THE**
**JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER**

---

**THIS CAUSE** , is before me on the Joint Motion of the Parties to Amend the Scheduling Order issued on 28 August 2001. After consideration of the filings, argument of counsel and other pertinent information is it hereby:

**ORDERED, ADJUDGED AND DECREED** that said Motion be and is hereby **GRANTED.** All dispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1 so as to be heard on or before 1 June 2002. Furthermore, this case will be place on the ready for trial calendar beginning on 1 August 2002.

FILED 4-5-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Case No: CV-01-1077 (DDA/FLN)

**DONE AND ORDERED,** at Minneapolis, Hennipen County, Minnesota, this 5th day of April 2002.

Franklin L. Noel
[redacted] United States Magistrate Judge