UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Time Warner Cable, suing as Time Warner Cable of New York City, a division of Time Warner Entertainment Company, L.P.,

Plaintiff,

v.

Rizler, Inc., d/b/a Blast Marketing, Scott Smith, and Christopher Smith, John Does 1-10, Jane Does 1-10, Unidentified Corporations 1-10, and Unidentified Business Entities 1-10,

Defendants.

01 CV 1077 (DDA/FLN)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the parties' motions for **SUMMARY JUDGMENT** will be heard on Wednesday, October 16, 2002 at 10:00 a.m., before the undersigned in Courtroom 1, Warren E. Burger Federal Courts Building, St. Paul, Minnesota. Attorneys Patrick Sullivan and Anthony Siciliano will participate in the hearing by telephone.

DATED: September 24, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

SEP 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK