UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIME WARNER CABLE OF NEW YORK CITY, a division of Time Warner Entertainment Company, L.P.,

Plaintiff,

RIZLER, INC. d/b/a BLAST MARKETING, SCOTT SMITH, CHRISTOPHER SMITH, JOHN DOES 1-10, JANE DOES 1-10, UNIDENTIFIED CORPORATIONS 1-10, and UNIDENTIFIED BUSINESS ENTITIES 1-10,

Defendants.

01 CIV 1077 DDA/FLN

**PERMANENT INJUCTION**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to 47 U.S.C. §553 (c)(2)(A) defendants Rizler, Inc. d/b/a Blast Marketing and Christopher Smith, their agents, employees, affiliates, and any business entities and/or persons controlled directly or indirectly by them or acting on their behalf or in concert with them, are hereby permanently enjoined and restrained from the sale, transfer, advertisement (including advertisement on the Internet or other on-line service), movement and/or offer for sale, modification, manufacture, and distribution of cable television decoding devices and related equipment and/or the rendering of any assistance whatsoever in the unauthorized interception of communications services offered over a cable system, including the sale, transfer, advertisement, movement, modification, manufacture, or distribution of cable television decoders, converters (if modified so as to be capable of decoding scrambled cable television transmissions or if connected to other decoding equipment described herein), descramblers, descrambling cubes or "programmers," converter-decoder combination units, integrated circuits, quick boards, smart boards, test kits, chips, E proms and circuit boards.

DATED: November 20, 2002

DONALD D. ALSOP
United States District Court Judge

FILED NOV 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK