AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Time Warner Cable of New York City, a division of Time Warner Entertainment Company, L.P.

V.

Rizler, Inc. d/b/a Blast Marketing, Scott Smith, Christopher Smith, John Does 1-10, Jane Does 1-10, Unidentified Corporations 1-10, and Unidentified Business Entities 1-10

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1077 DDA/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff Time Warner Cable of New York City shall have and recover of Defendants Rizler, Inc. d/b/a Blast Marketing and Christopher Smith $81,992.57 as and for attorney's fees and costs in this matter pursuant to 47 U.S.C. § 553(c)(2)(C).

March 3, 2003
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen
(By) Shirley Hansen, Deputy Clerk

67

Modified:01/09/03